UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY MOORE                                             CIVIL ACTION

versus                                                  NO. 10-676

N. BURL CAIN, WARDEN,                                   SECTION: "B"(3)
LOUISIANA STATE PENITENTIARY

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the motion to stay, Rec. Doc. 4, is **DENIED**.

**IT IS FURTHER ORDERED** that the federal petition of **Jerry Moore** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE